UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00025-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TONY RAY REAMS | ) |
| _____ | ) |

**ORDER**

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his motion to continue sentencing.

IT IS SO ORDERED.

This 16th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge