UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00025-FL-2

| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TONY RAY REAMS | ) |
| _____ | ) |

**ORDER TO SEAL**

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his Sentencing Memorandum.

IT IS SO ORDERED.

This 28th day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge